

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00711-CV

**IN RE** Julian **CARRION**, Relator

Original Proceeding[1]

**ORDER**

In accordance with this court's memorandum opinion of this date, relator's unopposed motion to dismiss his petition for a writ of mandamus as moot is GRANTED. Relator's petition for a writ of mandamus is DISMISSED AS MOOT.

It is so **ORDERED** on December 7, 2022.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CI-05288, styled *Carla Mulder v. Julian Carrion and Crestbrook Insurance Company d/b/a Nationwide Private Client*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.